UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11-13-20
```

GIORGI BULEISHVILI,

                Petitioner,

          v.

UNITED STATES OF AMERICA,

                Respondent.

20-CV-5626 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On November 11, 2020, the Court received a letter from Petitioner's counsel, informing the Court that he is unable to submit a memorandum in support of Petitioner's petition because Petitioner's claims are foreclosed by the record. Dkt. 15. If Petitioner wishes to file a memorandum in support of his petition on his own behalf, he may do so. The deadline for Petitioner to file this memorandum is hereby extended until December 28, 2020.

    The Clerk of Court is respectfully directed to mail a copy of this order and the letter at docket entry 15 to Petitioner.

SO ORDERED.

Dated:    November 13, 2020
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge