UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIORGI BULEISHVILI,

                Plaintiff,

v.

UNITED STATES OF AMERICA,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

20-CV-5626 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 13, 2020, upon the withdrawal of his counsel, this Court provided Plaintiff until December 28, 2020 to file a memorandum in support of his petition. Dkt. 16. To date, he has not done so. If he seeks for the Court to rely on any additional information in adjudicating his petition, he must submit this information no later than February 8, 2021. The Government shall submit its opposition, if any, no later than March 1, 2021.

SO ORDERED.

Dated:    January 11, 2021
             New York, New York

_____
RONNIE ABRAMS
United States District Judge